UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 11-CR-60285-ROSENBAUM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DARYL DAVIS,

        Defendant.
_____/

## AMENDED ORDER REGARDING DEFENDANT DARYL DAVIS' MOTION FOR COURT ORDER TO COMPEL COMPLIANCE OF SUBPOENAED RECORDS

This matter came before this Court upon Defendant Daryl Davis's Motion For Court Order to Compel Compliance of Subpoenaed Records. The Court has considered Defendant's Motion and is otherwise duly advised in the premises of it.

Upon consideration, it is hereby **ORDERED AND ADJUDGED** that Defendant's Motion For Court Order to Compel Compliance of Subpoenaed Records is **GRANTED,** and Sprint, Records Custodian (Subpoena Compliance Department) is ordered pursuant to 18 U.S.C. § 2703(d) to provide the subscriber telephone records, including the "switch cell site/historic records," for Daryl Davis, telephone number (305) 725-4033, forthwith for the date range of June 1, 2010, through October 31, 2010, to counsel for Defendant, Martin L. Roth, P.A., 101 NE Third Avenue, Suite 1430, Fort Lauderdale, Florida 33301 (facsimile: 954-745-7698), email: mlrpa@msn.com.

**DONE AND ORDERED** at Fort Lauderdale, Florida, this 11th day of June 2013.

_____
ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

copies:  Defense Counsel, Sprint (Records Custodian) Subpoena Compliance Department