UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 11-cr-60285-RSR

UNITED STATES OF AMERICA,

V.

TERRANCE BROWN, et al.,

    Defendants.
_____/

## ORDER DESIGNATING CLASSIFIED INFORMATION SECURITY OFFICERS

The United States has filed a motion to designate a Classified Information Security Officer, pursuant to the Classified Information Procedures Act, 18 U.S.C. App. III ("CIPA") and Section 2 of the Security Procedures established under Pub. L. 96-456, 94 Stat. 2025 by the Chief Justice of the United States.

Because a motion has been filed by the defense seeking to use classified information and filings under the Classified Information Procedures Act, the Court finds it is appropriate to designate a Classified Information Security Officer at this time. Accordingly, this Court designates Daniel O. Hartenstine as the Classified Information Security Officer in this case, to perform the duties and responsibilities prescribed in the Security Procedures promulgated by the Chief Justice. This Court further designates the following persons as Alternate Classified Information Security Officers, to serve in the event Mr. Hartenstine is unavailable: Jennifer H. Campbell, Branden M. Forsgren, Christine E. Gunning, Joan B. Kennedy, Michael P. Macisso, Maura L. Peterson, Carli V. Rodriquez-Feo, Harry J. Rucker, and W. Scooter Slade.

Done and ordered Tuesday, June 18, 2013.

                                                    ROBIN S. ROSENBAUM
                                                  UNITED STATES DISTRICT JUDGE