UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-Cr-60285-Rosenbaum

UNITED STATES OF AMERICA.

v.

TERRANCE BROWN,

    Defendant.

_____/

## VERDICT

WE THE JURY, in the above captioned case, unanimously find as follows:

As to Count 1 of the Superseding Indictment, we find the defendant:

    GUILTY         X
    NOT GUILTY   _____

As to Count 2 of the Superseding Indictment, we find the defendant:

    GUILTY         _____
    NOT GUILTY   _____

As to Count 3 of the Superseding Indictment, we find the defendant:

    GUILTY         _____
    NOT GUILTY   _____

If you find the defendant GUILTY of Count 3, you must make further findings as follows (Check all that apply):

    _____ A firearm was used or carried in relation to the crime of violence
    _____ A firearm was possessed in furtherance of the crime of violence
    _____ A firearm was brandished

As to Count 4 of the Superseding Indictment, we find the defendant:

  GUILTY   \_\_\_\_\_
  NOT GUILTY \_\_\_\_\_

As to Count 5 of the Superseding Indictment, we find the defendant:

  GUILTY   \_\_\_\_\_
  NOT GUILTY \_\_\_\_\_

 If you find the defendant GUILTY of Count 5, you must make further findings as follows (Check all that apply):

   \_\_\_\_\_ A firearm was used or carried in relation to the crime of violence
   \_\_\_\_\_ A firearm was possessed in furtherance of the crime of violence
   \_\_\_\_\_ A firearm was brandished

As to Count 6 of the Superseding Indictment, we find the defendant:

  GUILTY   \_\_\_\_\_
  NOT GUILTY \_\_\_\_\_

As to Count 7 of the Superseding Indictment, we find the defendant:

  GUILTY   \_\_\_\_\_
  NOT GUILTY \_\_\_\_\_

 If you find the defendant GUILTY of Count 7, you must make further findings as follows (Check all that apply):

   \_\_\_\_\_ A firearm was used or carried in relation to the crime of violence
   \_\_\_\_\_ A firearm was possessed in furtherance of the crime of violence
   \_\_\_\_\_ A firearm was brandished

As to Count 8 of the Superseding Indictment, we find the defendant:

  GUILTY   \_\_\_\_\_
  NOT GUILTY \_\_\_\_\_

 SO SAY WE ALL, this _15_ day of _July_, 2013.